United States District Court
Southern District of Texas
**ENTERED**
November 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAUL CORONADO PEREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-05145 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

On August 28, 2026, the Court granted Petitioner Raul Coronado Perez's ("Petitioner") Petition for Writ of Habeas Corpus, ordering Respondents to release him from custody within forty-eight hours. Doc. #8. Importantly, the Court's August 28th Order also barred Respondents from "redetain[ing] Petitioner during the pendency of his removal proceedings absent a pre-detention hearing before an Immigration Judge at which the government demonstrates, by clear and convincing evidence, that he is a flight risk or danger to the community." *Id.* at 3. On August 31, 2026, Respondents advised the Court they had released Petitioner from custody. Doc. #9.

Then, on November 23, 2026, Petitioner filed the Emergency Motion to Enforce Judgment (the "Emergency Motion") now pending before the Court. Doc. #11. In his Emergency Motion, Petitioner explains that although his removal proceedings remain pending, Respondents re-detained him on November 2, 2026. *Id.* at 2. Furthermore, according to the Emergency Motion, only *after* Respondents re-detained Petitioner did they hold "an illegitimate custody hearing for him." *Id.* at 3.

As such, Respondents are hereby ORDERED to file a response to Petitioner's Emergency Motion by no later than **November 27, 2026**.

It is so ORDERED.

NOV 2 4 2026

Date

The Honorable Alfred H. Bennett
United States District Judge